1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   ROGER L. CUMMINGS
5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )    CR S-05-0276 FCD
                                 )
11            Plaintiff,         )    **STIPULATION AND**
                                 )    **ORDER**
12      v.                       )
                                 )
13 ROGER L. CUMMINGS,            )
                                 )
14            Defendant.         )
   _____)
15

16         Plaintiff, United States of America, by it's counsel,

17 Matthew C. Segal, and defendant Roger L. Cummings, by his counsel,

18 Federal Defender Quin Denvir, hereby stipulate and agree that the

19 judgment and sentencing currently calendared for October 24, 2005

20 should be continued to Monday, November 21, 2005 at 9:30 am.

21                                McGREGOR W. SCOTT
                                  United States Attorney
22

23 DATED: October 19, 2005     /s/Quin Denvir
                               Telephonically authorized to sign for
24                             MATTHEW C. SEGAL
                               Assistant U. S. Attorney
25

26 DATED: October 19, 2005     /s/ Quin Denvir
                               QUIN DENVIR
27                             Federal Defender

28                             Counsel for Defendant
                               Roger L. Cummings

                                      1

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 21, 2005

                                         /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL, Jr.
                                         United States District Court Judge