1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   ROGER L. CUMMINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0276 FCD |
| ) | |
| Plaintiff, ) | **REQUEST TO ADVANCE JUDGMENT** |
| ) | **AND SENTENCING** |
| v. ) | |
| ) | |
| ROGER L. CUMMINGS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The above-captioned matter is currently calendared for judgment and sentencing on Monday, November 21, 2005.  Defendant is requesting that the matter be advanced to Monday, November 14, 2005 at 9:30 a.m.  Both Assistant United States Attorney Matthew Segal and United States Probation Officer Teresa Hoffman have agreed to advancing the date.

DATED: November 7, 2005       /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender

                              Counsel for Defendant
                              Roger L. Cummings

1

**O R D E R**

FOR GOOD CAUSE SHOWING IT IS SO ORDERED.

DATED: November 8, 2005          /s/Frank C. Damrell, Jr.
                                 FRANK C. DAMRELL, Jr.
                                 United States District Court Judge